UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER GAKUBA.,

                    Plaintiff,

        -against-

LETITIA JAMES ("NY ATTORNEY
GENERAL"); MERRICK GARLAND ("USA
ATTORNEY GENERAL"); KWAME RAOUL
("ILLINOIS ATTORNEY GENERAL"),

                    Defendants.

24 CIVIL 8313 (LTS)

# CIVIL JUDGMENT

For the reasons stated in the July 2, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    July 2, 2025
            New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                         Chief United States District Judge